UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AMIN ARBI HAFSI,                                )<br>                                                           )<br>           Plaintiff,                              )<br>                                                           )<br>VS.                                                    )<br>                                                           )<br>MICHAEL AS TRUE,                         )<br>Commissioner of the Social Security  )<br>Administration,                                 )<br>                                                           )<br>           Defendant.                          ) | CIVIL ACTION NO.<br><br>3:12-CV-1666-G (BF) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the United States Magistrate Judge dated February 6, 2013, the court finds that the findings, conclusions, and recommendation of the magistrate judge are correct, and they are accepted as the findings, conclusions, and recommendation of the court.

It is, therefore, **ORDERED** that the findings, conclusions, and recommendation of the United States Magistrate Judge are **ACCEPTED**.

It is further **ORDERED** that plaintiff's complaint is **DISMISSED** without prejudice for want of prosecution pursuant to FED. R. CIV. P. 41(b).

March 4, 2013.

_A. Joe Fish_
**A. JOE FISH**
**Senior United States District Judge**